# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

IN RE: Caleb K Ausmus )
       Amanda N Ausmus )     Case No.: 23-20599
                                )
             Debtor(s) )

## MOTION FOR POST-CONFIRMATION FEES

Comes now, attorney for Debtor(s) hereby requests additional compensation for services performed on behalf of the Debtor(s).

____X_____ Defense of Motions to Dismiss - $250
                Date Response filed 3/29/2024

The services indicated above having been completed, additional compensation is hereby requested in the amount of $250.00, and expenses in the amount of $0.00.

3/29/2024

                                 Respectfully submitted,
                                 W M Law

                                 s/ Ryan A Blay
                                 Ryan A Blay, KS #28110
                                 15095 W 116th St.
                                 Olathe, KS 66062
                                 (913) 422-0909 / (913) 428-8549
                                 Blay@wagonergroup.com
                                 ATTORNEY FOR DEBTOR(S)

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S COUNSEL'S MOTION FOR POST-CONFIRMATION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before April 19, 2024 the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on May 14, 2024, at 1:30 p.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

| | |
|---|---|
| Caleb & Amanda Ausmus<br>1341 E 154th Terrace<br>Olathe, KS 66062 | Seved via US Mail |
| William H. Griffin<br>5115 Roe Ave. Ste 200<br>Roeland Park, KS 66205 | Served via US Mail |
| Attorney for the United States Trustee<br>301 North Main, Suite 1150<br>Wichita, KS 67202 | Served via US Mail |

s/ Ryan A Blay
ATTORNEY FOR DEBTORS

Label Matrix for local noticing
1083-2
Case 23-20599
District of Kansas
Kansas City
Wed Jul 26 19:34:34 CDT 2023

Southwest National Bank
c/o Karl R. Swartz
300 N. Mead, Suite 200
Wichita, KS 67202-2745

ACE Cash Express
103 N Parker Street
Olathe KS 66061-3139

Ace Cash Express
426 E 101 Street
Kansas City MO 64131-4253

Ad Astra Recovery Services
7330 W 33rd Street
Suite 118
Wichita KS 67205-9370

Advance America
1623 Main St
Grove OK 74344-5320

Advance Financial
d/b/a AF24
100 Oceanside Drive
Nashville TN 37204-2351

AdventHealth Shawnee Mission
c/o North American Credit Serv
PO Box 182221
Chattanooga TN 37422-7221

American Express
Customer Service
PO Box 981535
El Paso TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express National Bank
c/o Beckett & Lee LLP
PO Box 3001
Malvern PA 19355-0701

(p)ASCEND LOANS
635 E STATE HWY 20 U
UPPER LAKE CA 95485-8793

Blue Trust Loans
LCO P.O. Box 1754
Hayward WI 54843

CIGPF I POC
4315 Pickett Rd
Saint Joseph MO 64503-1600

Capital One
PO Box 30285
Salt Lake City UT 84130-0285

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Capital One Bank USA NA
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-0293

Capitol One Bank USA
P.O. Box 30281
Salt Lake City UT 84130-0281

Capitol One Bank USA NA
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Capitol One/Cabelas
PO Box 3021
Salt Lake City UT 84110-3021

(p)THRIVOS INC
725 E COVEY LANE
SUITE 150
PHOENIX AZ 85024-5645

Cash America Today
1338 S Foothill Dr #195
Salt Lake City UT 84108-2321

Cash Link USA LLC
c/o Weinstein & Riley PS
2011 Western Ave, Ste. 400
Seattle WA 98121

CashNetUSA
175 W Jackson Blvd
Suite 1000
Chicago, IL 60604-2863

Cashnet USA
175 West Jackson
Suite 1000
Chicago IL 60604-2863

(p)COMMUNITY AMERICA CREDIT UNION
POB 15950
LENEXA KS 66285-5950

Credit Fresh Loans
200 Contintental Dr., Ste. 401
Newark DE 19713-4337

Department of Education
123 Justison Street
3rd Floor
Wilmington DE 19801-5360

Department of Education
PO Box 7860
Madison WI 53707-7860

Dept. of ed/Aidvantage
1891 METRO CENTER DR
Reston VA 20190-5287

(p)CREDITNINJA
27 N WACKER DRIVE
SUITE 404
CHICAGO IL 60606-2800

Green Trust Cash
PO Box 340
Hays MT 59527-0340

Internal Revenue Service
Centralized Insolvency Ops
Post Office Box 7346
Philadelphia PA 19101-7346

Internal Revenue Service
Insolvency Remittance
Post Office Box 7317
Philadelphia PA 19101-7317

Jora Credit
1125 E Broadway
#545
Glendale CA 91205-1315

Lakeview Loan Servicing LLC
c/o Timothy J. Thompson
LOGS LEGAL GROUP LLP
6811 Shawnee Mission Parkway - Suite 309
Overland Park, KS 66202-4088

Mazuma Credit Union
7260 W 135th Street
Overland Park KS 66223-1258

Medicredit
PO BOX 505600
Saint Louis MO 63150-5600

Money Key
3422 Old Capital Trail
Suite 1613
Wilmington DE 19808-6124

Natera
POB 8427
Pasadena CA 91109-8427

Nebraska Furniture Mart
PO Box 3000
Omaha NE 68103-3030

Net Pay Advance
6820 W Central Ave
Wichita KS 67212-3377

Olathe Health Physicians
14425 College Blvd Ste 100
Attn: Billing
Lenexa KS 66215-2184

Olathe Health Physicians
PO Box 505001
Saint Louis MO 63150-5001

Olathe Medical Center
20333 W 151st St
Attn: Billing
Olathe KS 66061-7211

Opportunity Financial
130 E Randolph St
Suite 3400
Chicago IL 60601-6379

Overland Park Regional
09722
PO Box 740760
Cincinnati OH 45274-0760

Overland Park Regional Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Paypal Credit
PO Box 960006
Orlando FL 32896-0006

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)POSSIBLE FINANCIAL INC
ATTN CAMREN MCMATH
2231 FIRST AVE STE B
SEATTLE WA 98121-1614

Prestige Financial Services
PO BOX 26707
Salt Lake City, UT 84126-0707

Prestige Financial Svc
351 Opportunity Way
Draper UT 84020-1399

Quantum3 Group LLC as agent for
Populus Financial Group Inc
PO Box 788
Kirkland, WA  98083-0788

Quick Help Loans
597 Peace Pipe Rd
Lac Du Flambeau WI 54538

RightPath Servicing
Lake Vista 4
800 State Highway 121 Bypass
Lewisville TX 75067-4180

SYNCB
Attn: Bankruptcy
PO Box 965064
Orlando FL 32896-5064

SYNCB/PPC
PO Box 965005
Orlando FL 32896-5005

SYNCB/Paypal Credit Card
PO Box 965005
Orlando FL 32896-5005

| | | |
|---|---|---|
| SYNCB/Score Rewards<br>PO Box 965005<br>Orlando FL 32896-5005 | SYNCH/Care Credit<br>PO Box 965036<br>Orlando FL 32896-5036 | Saint Luke Hospital<br>PO Box 505291<br>Saint Louis MO 63150-5291 |
| Saint Luke's Health System<br>901 E 104th Street<br>Kansas City, MO 64131-4517 | (p)SELF INC<br>901 E 6TH STREET SUITE 400<br>AUSTIN TX 78702-3206 | (p)SEZZLE INC<br>251 N 1ST AVE<br>SUITE 200<br>MINNEAPOLIS MN 55401-1672 |
| Sleepcair<br>PO Box 690397<br>Orlando FL 32869-0397 | Southwest National Bank<br>PO Box 1401<br>Wichita KS 67201-1401 | Southwest National Bank<br>c/o Attorney Karl R Swartz<br>300 N Mead, Ste. 200<br>Wichita KS 67202-2745 |
| Speedy Cash<br>PO Box 780408<br>Wichita KS 67278-0408 | Speedy/Rapid Cash<br>P.O. Box 782260<br>Wichita, KS 67278-2260 | St. Luke's Hospital<br>4400 Wornall Road<br>Kansas City MO 64111-3238 |
| (p)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 | Syncb/Men's Wearhouse<br>4125 Windward Plaza<br>Alpharetta GA 30005-8738 | Synchrony Bank<br>c/o PRA Receivables Management<br>PO BO x41021<br>Norfolk VA 23541 |
| Synchrony Bank<br>c/o PRA Receivables Management<br>PO Box 41021<br>Norfolk VA 23541-1021 | TD Bank USA NA<br>c/o Weinstein & Riley, PS<br>2001 Western Ave, Ste. 400<br>Seattle WA 98121-3132 | TD Bank USA/Target Credit Card<br>NCD-0450<br>PO Box 1470<br>Minneapolis MN 55440-1470 |
| Tea Olive, LLC<br>PO Box 1931<br>Burlingame CA 94011-1931 | The Home Depot<br>5800 South Corporate Place<br>Sioux Falls SD 57108-5027 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | (p)U S BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 | US Bank Bankruptcy Department<br>PO Box 5229<br>Cincinnati OH 45201-5229 |
| US Department of Education c/o Nelnet<br>121 S 13th St.<br>Lincoln, NE 68508-1904 | (p)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 | Woden Finance<br>c/o Gl en C. Watson, III<br>PO Box 121950<br>Nashville TN 37212-1950 |
| nhcash.com DBA Open-End<br>169 South River Ro<br>Bedford NH 03110-6971 | nhcash.com, LLC<br>169 South River Road, Suite #1<br>Bedford NH 03110-6934 | Amanda N Ausmus<br>1341 E 154th Terrace<br>Olathe, KS 66062-2874 |

| | | |
|---|---|---|
| Caleb K Ausmus<br>1341 E 154th Terrace<br>Olathe, KS 66062-2874 | Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 | William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascend Loans<br>635 East Highway 20<br>Upper Lake CA 95485 | Cash 1, LLC<br>725 Covey Lane, Ste. 170<br>Phoenix AZ 85024 | Community America Credit Union<br>PO Box 15950<br>Lenexa KS 66285 |
| First Electronic Bank<br>c/o Credit Ninja<br>222 S Riverside Plaza, Ste. 22<br>Chicago IL 60606 | Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| Possible Financial<br>2231 First Ave Suite B<br>Seattle WA 98121 | Self/Lead Bank<br>1801 Main Street<br>Kansas City MO 64108 | Sezzle Inc<br>251 1st Ave N<br>Suite 200<br>Minneapolis MN 55401 |
| State Collection Service<br>2509 Stoughton Road<br>Madison WI 53716 | (d)State Collection Service<br>PO Box 6250<br>Madison WI 53716 | US Bank<br>PO Box 108<br>Attn:  Bankruptcy Department<br>Saint Louis MO 63166-0108 |
| US Bank<br>PO Box 3447<br>Oshkosh WI 54903 | Upgrade Inc<br>275 Battery Street Ste 2300<br>San Francisco CA 94111 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lakeview Loan Servicing LLC

End of Label Matrix
Mailable recipients    92
Bypassed recipients     1
Total                  93