IN RE: Caleb K Ausmus )
     Amanda N Ausmus )      Case No.: 23-20599
      )
     Debtor(s) )

## MOTION FOR POST-CONFIRMATION FEES

     Comes now, attorney for Debtor(s) hereby requests additional compensation for services performed on behalf of the Debtor(s).

\_\_\_\_X_____ Defense of Motions to Dismiss - $250
              Date Response filed 3/29/2024

     The services indicated above having been completed, additional compensation is hereby requested in the amount of $250.00, and expenses in the amount of $0.00.

3/29/2024

                    Respectfully submitted,
                    W M Law

                    s/ Ryan A Blay
                    Ryan A Blay, KS #28110
                    15095 W 116th St.
                    Olathe, KS 66062
                    (913) 422-0909 / (913) 428-8549
                    Blay@wagonergroup.com
                    ATTORNEY FOR DEBTOR(S)

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S COUNSEL'S MOTION FOR POST-CONFIRMATION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before April 19, 2024 the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on May 14, 2024, at 1:30 p.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Caleb & Amanda Ausmus         Seved via US Mail
1341 E 154th Terrace
Olathe, KS 66062

William H. Griffin         Served via US Mail

5115 Roe Ave. Ste 200

Roeland Park, KS 66205


Attorney for the United States Trustee         Served via US Mail

301 North Main, Suite 1150

Wichita, KS 67202

         s/ Ryan A Blay
         ATTORNEY FOR DEBTORS

2

Label Matrix for local noticing
1083-2
Case 23-20599
District of Kansas
Kansas City
Wed Jul 26 19:34:34 CDT 2023

Southwest National Bank
c/o Karl R. Swartz
300 N. Mead, Suite 200
Wichita, KS 67202-2745

ACE Cash Express
103 N Parker Street
Olathe KS 66061-3139

Ace Cash Express
426 E 101 Street
Kansas City MO 64131-4253

Ad Astra Recovery Services
7330 W 33rd Street
Suite 118
Wichita KS 67205-9370

Advance America
1623 Main St
Grove OK 74344-5320

Advance Financial
d/b/a AF24
100 Oceanside Drive
Nashville TN 37204-2351

AdventHealth Shawnee Mission
c/o North American Credit Serv
PO Box 182221
Chattanooga TN 37422-7221

American Express
Customer Service
PO Box 981535
El Paso TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express National Bank
c/o Beckett & Lee LLP
PO Box 3001
Malvern PA 19355-0701

(p)ASCEND LOANS
635 E STATE HWY 20 U
UPPER LAKE CA 95485-8793

Blue Trust Loans
LCO P.O. Box 1754
Hayward WI 54843

CIGPF I POC
4315 Pickett Rd
Saint Joseph MO 64503-1600

Capital One
PO Box 30285
Salt Lake City UT 84130-0285

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Capital One Bank USA NA
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-0293

Capitol One Bank USA
P.O. Box 30281
Salt Lake City UT 84130-0281

Capitol One Bank USA NA
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Capitol One/Cabelas
PO Box 3021
Salt Lake City UT 84110-3021

(p)THRIVOS INC
725 E COVEY LANE
SUITE 150
PHOENIX AZ 85024-5645

Cash America Today
1338 S Foothill Dr #195
Salt Lake City UT 84108-2321

Cash Link USA LLC
c/o Weinstein & Riley PS
2011 Western Ave, Ste. 400
Seattle WA 98121

CashNetUSA
175 W Jackson Blvd
Suite 1000
Chicago, IL 60604-2863

Cashnet USA
175 West Jackson
Suite 1000
Chicago IL 60604-2863

(p)COMMUNITY AMERICA CREDIT UNION
POB 15950
LENEXA KS 66285-5950

Credit Fresh Loans
200 Contintental Dr., Ste. 401
Newark DE 19713-4337

Department of Education
123 Justison Street
3rd Floor
Wilmington DE 19801-5360

Department of Education
PO Box 7860
Madison WI 53707-7860

| | | |
|---|---|---|
| Dept. of ed/Aidvantage<br>1891 METRO CENTER DR<br>Reston VA 20190-5287 | (p)CREDITNINJA<br>27 N WACKER DRIVE<br>SUITE 404<br>CHICAGO IL 60606-2800 | Green Trust Cash<br>PO Box 340<br>Hays MT 59527-0340 |
| Internal Revenue Service<br>Centralized Insolvency Ops<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Internal Revenue Service<br>Insolvency Remittance<br>Post Office Box 7317<br>Philadelphia PA 19101-7317 | Jora Credit<br>1125 E Broadway<br>#545<br>Glendale CA 91205-1315 |
| Lakeview Loan Servicing LLC<br>c/o Timothy J. Thompson<br>LOGS LEGAL GROUP LLP<br>6811 Shawnee Mission Parkway - Suite 309<br>Overland Park, KS 66202-4088 | Mazuma Credit Union<br>7260 W 135th Street<br>Overland Park KS 66223-1258 | Medicredit<br>PO BOX 505600<br>Saint Louis MO 63150-5600 |
| Money Key<br>3422 Old Capital Trail<br>Suite 1613<br>Wilmington DE 19808-6124 | Natera<br>POB 8427<br>Pasadena CA 91109-8427 | Nebraska Furniture Mart<br>PO Box 3000<br>Omaha NE 68103-3030 |
| Net Pay Advance<br>6820 W Central Ave<br>Wichita KS 67212-3377 | Olathe Health Physicians<br>14425 College Blvd Ste 100<br>Attn: Billing<br>Lenexa KS 66215-2184 | Olathe Health Physicians<br>PO Box 505001<br>Saint Louis MO 63150-5001 |
| Olathe Medical Center<br>20333 W 151st St<br>Attn: Billing<br>Olathe KS 66061-7211 | Opportunity Financial<br>130 E Randolph St<br>Suite 3400<br>Chicago IL 60601-6379 | Overland Park Regional<br>09722<br>PO Box 740760<br>Cincinnati OH 45274-0760 |
| Overland Park Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Paypal Credit<br>PO Box 960006<br>Orlando FL 32896-0006 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| (p)POSSIBLE FINANCIAL INC<br>ATTN CAMREN MCMATH<br>2231 FIRST AVE STE B<br>SEATTLE WA 98121-1614 | Prestige Financial Services<br>PO BOX 26707<br>Salt Lake City, UT 84126-0707 | Prestige Financial Svc<br>351 Opportunity Way<br>Draper UT 84020-1399 |
| Quantum3 Group LLC as agent for<br>Populus Financial Group Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quick Help Loans<br>597 Peace Pipe Rd<br>Lac Du Flambeau WI 54538 | RightPath Servicing<br>Lake Vista 4<br>800 State Highway 121 Bypass<br>Lewisville TX 75067-4180 |
| SYNCB<br>Attn: Bankruptcy<br>PO Box 965064<br>Orlando FL 32896-5064 | SYNCB/PPC<br>PO Box 965005<br>Orlando FL 32896-5005 | SYNCB/Paypal Credit Card<br>PO Box 965005<br>Orlando FL 32896-5005 |

| | | |
|---|---|---|
| SYNCB/Score Rewards<br>PO Box 965005<br>Orlando FL 32896-5005 | SYNCH/Care Credit<br>PO Box 965036<br>Orlando FL 32896-5036 | Saint Luke Hospital<br>PO Box 505291<br>Saint Louis MO 63150-5291 |
| Saint Luke's Health System<br>901 E 104th Street<br>Kansas City, MO 64131-4517 | (p)SELF INC<br>901 E 6TH STREET SUITE 400<br>AUSTIN TX 78702-3206 | (p)SEZZLE INC<br>251 N 1ST AVE<br>SUITE 200<br>MINNEAPOLIS MN 55401-1672 |
| Sleepcair<br>PO Box 690397<br>Orlando FL 32869-0397 | Southwest National Bank<br>PO Box 1401<br>Wichita KS 67201-1401 | Southwest National Bank<br>c/o Attorney Karl R Swartz<br>300 N Mead, Ste. 200<br>Wichita KS 67202-2745 |
| Speedy Cash<br>PO Box 780408<br>Wichita KS 67278-0408 | Speedy/Rapid Cash<br>P.O. Box 782260<br>Wichita, KS 67278-2260 | St. Luke's Hospital<br>4400 Wornall Road<br>Kansas City MO 64111-3238 |
| (p)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 | Syncb/Men's Wearhouse<br>4125 Windward Plaza<br>Alpharetta GA 30005-8738 | Synchrony Bank<br>c/o PRA Receivables Management<br>PO BO x41021<br>Norfolk VA 23541 |
| Synchrony Bank<br>c/o PRA Receivables Management<br>PO Box 41021<br>Norfolk VA 23541-1021 | TD Bank USA NA<br>c/o Weinstein & Riley, PS<br>2001 Western Ave, Ste. 400<br>Seattle WA 98121-3132 | TD Bank USA/Target Credit Card<br>NCD-0450<br>PO Box 1470<br>Minneapolis MN 55440-1470 |
| Tea Olive, LLC<br>PO Box 1931<br>Burlingame CA 94011-1931 | The Home Depot<br>5800 South Corporate Place<br>Sioux Falls SD 57108-5027 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | (p)U S BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 | US Bank Bankruptcy Department<br>PO Box 5229<br>Cincinnati OH 45201-5229 |
| US Department of Education c/o Nelnet<br>121 S 13th St.<br>Lincoln, NE 68508-1904 | (p)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 | Woden Finance<br>c/o Gl en C. Watson, III<br>PO Box 121950<br>Nashville TN 37212-1950 |
| nhcash.com DBA Open-End<br>169 South River Ro<br>Bedford NH 03110-6971 | nhcash.com, LLC<br>169 South River Road, Suite #1<br>Bedford NH 03110-6934 | Amanda N Ausmus<br>1341 E 154th Terrace<br>Olathe, KS 66062-2874 |

Caleb K Ausmus  
1341 E 154th Terrace  
Olathe, KS 66062-2874

Ryan A Blay  
WM Law  
15095 W 116th St  
Olathe, KS 66062-1098

William H Griffin  
5115 Roe Blvd Ste 200  
Roeland Park, KS 66205-2393

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ascend Loans  
635 East Highway 20  
Upper Lake CA 95485

Cash 1, LLC  
725 Covey Lane, Ste. 170  
Phoenix AZ 85024

Community America Credit Union  
PO Box 15950  
Lenexa KS 66285

First Electronic Bank  
c/o Credit Ninja  
222 S Riverside Plaza, Ste. 22  
Chicago IL 60606

Portfolio Recovery Associates  
PO Box 41067  
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk VA 23541

Possible Financial  
2231 First Ave Suite B  
Seattle WA 98121

Self/Lead Bank  
1801 Main Street  
Kansas City MO 64108

Sezzle Inc  
251 1st Ave N  
Suite 200  
Minneapolis MN 55401

State Collection Service  
2509 Stoughton Road  
Madison WI 53716

(d)State Collection Service  
PO Box 6250  
Madison WI 53716

US Bank  
PO Box 108  
Attn: Bankruptcy Department  
Saint Louis MO 63166-0108

US Bank  
PO Box 3447  
Oshkosh WI 54903

Upgrade Inc  
275 Battery Street Ste 2300  
San Francisco CA 94111

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lakeview Loan Servicing LLC

End of Label Matrix  
Mailable recipients    92  
Bypassed recipients     1  
Total                  93