# United States Bankruptcy Court

District of Kansas
Case No. 23-20599
Chapter 13

In re: Debtor(s) (including Name and Address)

Caleb K Ausmus
1341 E 154th Terrace
Olathe KS 66062

Amanda N Ausmus
1341 E 154th Terrace
Olathe KS 66062

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/13/2024.

Name and Address of Alleged Transferor(s):

Claim No. 21: Lakeview Loan Servicing LLC, P.O. Box 619096, Dallas , TX , 75261-9741

Name and Address of Transferee:

Lakeview Loan Servicing LLC
2121 Waukegan Road,Suite 300
Bannockburn,Kansas  60015

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/15/24

David D. Zimmerman
**CLERK OF THE COURT**

In re:

Caleb K Ausmus

Amanda N Ausmus

    Debtors

Case No. 23-20599-RDB

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 9897119 | + Email/Text: nsm_bk_notices@mrcooper.com | May 13 2024 20:12:00 | Lakeview Loan Servicing LLC, P.O. Box 619096, Dallas , TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cynthia M Kern Woolverton | on behalf of Creditor Lakeview Loan Servicing LLC bkty@msfirm.com cwoolverton@ecf.courtdrive.com |
| Eva M Kozeny | on behalf of Creditor Lakeview Loan Servicing LLC ekozeny@msfirm.com |
| Karl R. Swartz | on behalf of Creditor Southwest National Bank kswartz@morrislaing.com |
| Ryan A Blay | on behalf of Debtor Caleb K Ausmus blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| Ryan A Blay | |

on behalf of Joint Debtor Amanda N Ausmus blay@wagonergroup.com
bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

Timothy Joel Thompson

on behalf of Creditor Lakeview Loan Servicing LLC tithompson@LOGS.com  logsecf@logs.com;ltarpley@logs.com

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

William H Griffin

inquiries@13trusteekc.com


TOTAL: 8