**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 11th day of June, 2024.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:   Caleb K. Ausmus                       )   Case No.  23-20599
         Amanda N. Ausmus                      )
                                    Debtors    )

### ORDER APPROVING DEBTORS' APPLICATION FOR COMPENSATION (DOC. #46)

On **March 29, 2024,** Debtors filed **Doc. No. 46,** the Application for Compensation (hereinafter the "Motion").

The Court finds that the Motion, having been filed and properly served with no objections received, with the accompanying order agreed to by the Chapter 13 Trustee, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motion is granted hereby ordering that:

a.  Debtors' Counsel is awarded an additional $250 for post-confirmation work to be paid through

Debtors' Chapter 13 Plan.

**IT IS SO ORDERED.**

                                    ###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)


Approved by,

s/ W.H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311 / Fax 913-432-7857