**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 11th day of June, 2024.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In Re: | Caleb K. Ausmus | ) | Case No. 23-20599 |
| | Amanda N. Ausmus | ) | |
| | Debtors | ) | |

**ORDER APPROVING DEBTORS' APPLICATION FOR COMPENSATION (DOC. #46)**

On **March 29, 2024,** Debtors filed **Doc. No. 46,** the Application for Compensation (hereinafter the "Motion").

The Court finds that the Motion, having been filed and properly served with no objections received, with the accompanying order agreed to by the Chapter 13 Trustee, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motion is granted hereby ordering that:

a. Debtors' Counsel is awarded an additional $250 for post-confirmation work to be paid through

Debtors' Chapter 13 Plan.

**IT IS SO ORDERED.**

### ###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)


Approved by,

s/ W.H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311 / Fax 913-432-7857

United States Bankruptcy Court

District of Kansas

In re:                                                    Case No. 23-20599-RDB

Caleb K Ausmus                                            Chapter 13

Amanda N Ausmus

    Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| jdb | + Amanda N Ausmus, 1341 E 154th Terrace, Olathe, KS 66062-2874 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: causmus@hotmail.com | Jun 11 2024 20:27:00 | Caleb K Ausmus, 1341 E 154th Terrace, Olathe, KS 66062-2874 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cynthia M Kern Woolverton | on behalf of Creditor Lakeview Loan Servicing LLC bkty@msfirm.com cwoolverton@ecf.courtdrive.com |
| Eva M Kozeny | on behalf of Creditor Lakeview Loan Servicing LLC ekozeny@msfirm.com |
| Karl R. Swartz | on behalf of Creditor Southwest National Bank kswartz@morrislaing.com |
| Ryan A Blay | |

on behalf of Joint Debtor Amanda N Ausmus blay@wagonergroup.com
bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

Ryan A Blay

on behalf of Debtor Caleb K Ausmus blay@wagonergroup.com
bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

Timothy Joel Thompson

on behalf of Creditor Lakeview Loan Servicing LLC tithompson@LOGS.com  logsecf@logs.com;ltarpley@logs.com

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

William H Griffin

inquiries@13trusteekc.com


TOTAL: 8